IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Kenneth Malone | CASE NO.  15-33914-H5-13 |
| Stephanie Morrison | |

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

**WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE, HEREBY GIVES NOTICE TO ALL PARTIES IN INTEREST OF THE FOLLOWING MATTERS:**

1. THE DEADLINE ESTABLISHED BY THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR FILING CLAIMS IN THE ABOVE CAPTIONED MATTER HAS EXPIRED.

2. THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS ESTABLISHED BY BANKRUPTCY LOCAL RULE 3021(C) HAS EXPIRED.

3. THE FOLLOWING SCHEDULE IS A COMPLETE LISTING OF THE CREDITORS THAT HAVE EITHER BEEN INCLUDED ON THE SCHEDULES FILED BY THE DEBTOR, OR WHO HAVE ACTUALLY FILED CLAIMS IN THE ABOVE CAPTIONED CAUSE.

4. THE TRUSTEE WILL DISBURSE FUNDS RECEIVED FROM THE DEBTOR ONLY TO CREDITORS THAT HAVE FILED CLAIMS.

5. THE AMOUNT AND CLASSIFICATION OF A CREDITOR'S CLAIM IS REFLECTED ON THE FOLLOWING SCHEDULE.

6. THE PROVISIONS OF THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN, AND BANKRUPTCY LOCAL RULE 3015, AFFECT THE DISTRIBUTION OF FUNDS BY THE TRUSTEE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AD ASTRA SERVICES<br>8918 W 21ST NORTH #200<br>WICHITA, KS  67205 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 7532<br>COMM: |

PAGE  1 - CHAPTER 13 CASE NO.  15-33914-H5-13

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN CREDIT ACCEPTANCE<br>961 E MAIN ST<br>SPARTANBURG, SC  29302 | 1,853.74 | MOTOR VEHICLE (POST 10/17/05)<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 1739<br>COMM:  2007 CHEVY TAHOE  - A/C per Amd Mod #59 |
| AMERICAN CREDIT ACCEPTANCE<br>961 E MAIN ST<br>SPARTANBURG, SC  29302 | 13,761.60 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1739<br>COMM:  def |
| AMERICAN INFOSOURCE LP<br>C/O T-MOBILE/T-MOBILE USA INC.<br>P O BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | 448.42 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0393<br>COMM: |
| ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ  07601 | 740.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8261<br>COMM: |
| CAVALRY SPV I, LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | 8,287.56 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0881<br>COMM:  Mitsubishi |
| CERTIFIED RECOVERY SYSTEMS LLP<br>6161 SAVOY DRIVE STE 600<br>HOUSTON, TX  77036 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1887<br>COMM: |
| COMNWLTH FIN<br>330 S WARMINSTER RD STE<br>HATBORO, PA  19040 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 00N1<br>COMM: |
| CORRAL, ADAM<br>CORRAL TRAN SINGH LLP<br>440 LOUISIANA ST #2450<br>HOUSTON, TX  77002 | 5,303.70 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM:  original fees reduced per order #56 4/16 db |
| CREDIT COLLECTION SVC<br>P O BOX 773<br>NEEDHAM, MA  02494 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 3207<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT COLLECTION SVC<br>P O BOX 773<br>NEEDHAM, MA  02494 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 2059<br>COMM: |
| ENHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 7840<br>COMM: |
| ENHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 4856<br>COMM: |
| ER SOLUTIONS/CONVERGENT OUTSOURCING<br>P O BOX 9004<br>RENTON, WA  98057 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1538<br>COMM: |
| ER SOLUTIONS/CONVERGENT OUTSOURCING<br>P O BOX 9004<br>RENTON, WA  98057 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 8271<br>COMM:  DIRECT ENERGY |
| INTEGRITY SOLUTION SERVICES<br>20 CORPORATE HILLS<br>ST CHARLES, MO  63301 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9383<br>COMM: |
| IQ DATA INTERNATIONAL INC<br>P O BOX 2130<br>EVERETT, WA  98213 | 3,681.83 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1739<br>COMM: |
| IQ DATA INTERNATIONAL INC<br>P O BOX 3568<br>EVERETT, WA  98213 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9431<br>COMM: |
| JACKIE ROBERTS<br>710 NEW PINES<br>SPRING, TX  77373 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O Box 772813<br>Chicago, IL  60677-2813 | 376.73 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4466<br>COMM:  Premier Bankcard |
| MEDICREDIT<br>P O BOX 1629<br>MARYLAND HEIGHTS, MO  63043 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 3130<br>COMM:  WOMANS HOSPITAL |
| NATIONAL AUTO LENDERS<br>14645 NW 77TH AVE #203<br>MIAMI LAKES, FL  33014 | 24,982.28 | MOTOR VEHICLE (POST 10/17/05)<br><br>LAST 4 DIGITS OF ACCT #: 54A0<br>COMM:  2011 CADILLAC CTS |
| NATIONAL CREDIT ADJUSTERS<br>P O BOX 3023<br>HUTCHINSON, KS  67504-3023 | 1,248.69 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1739<br>COMM: |
| NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 4765<br>COMM: |
| OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON ROAD SUITE 100<br>ATTN: CASHIERING DEPT<br>WEST PALM BEACH, FL  33409 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1906<br>COMM: |
| PHILLIP STEFFICK<br>7406 SIERRA GRANDE CT<br>HOUSTON, TX  77083 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| PORANIA LLC<br>% TYTECA LLC<br>P O BOX 35183<br>SEATTLE, WA  98124-5183 | 704.33 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0444<br>COMM:  Flexi Compras |
| PORANIA LLC<br>% TYTECA LLC<br>P O BOX 35183<br>SEATTLE, WA  98124-5183 | 316.54 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0264<br>COMM: Ace Cash |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 613.20 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7295<br>COMM:  CAPITAL ONE BANK |
| RCS RECOVERY SERVICES<br>600 FAIRWAY DR #108<br>DEERFIELD BEACH, FL  33441 | 25,954.06 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1739<br>COMM:  718 NEW PINES DRIVE - 2ND LIEN |
| SANTANDER CONSUMER USA INC<br>SERVICER MID AMERICA BANK AND TRUST<br>P O BOX 650760<br>DALLAS, TX  75265-0760 | 1,166.79 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0700<br>COMM:  MAB&T |
| Shadowbrook/Ventura<br>% National Credit Systems<br>P O Box 312125<br>Atlanta, GA  31131 | 6,963.21 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0878<br>COMM: |
| SPRINT NEXTEL-DISTRIBUTIONS<br>P O BOX 3326<br>ATTN: BANKRUPTCY DEPT<br>ENGLEWOOD, CO  80155-3326 | 898.13 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 9956<br>COMM: |
| TXU ELECTRIC COMPANY<br>P O BOX 650393<br>DALLAS, TX  75265 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 3991<br>COMM: |
| UNITED REVENUE<br>204 BILLINGS STREET SUITE 120<br>ARLINGTON, TX  76010 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 8566<br>COMM: |
| US DEPARTMENT OF EDUCATION<br>P O BOX 740283<br>ATLANTA, GA  30374-0283 | 17,313.93 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8206<br>COMM:  Includes TNG Claim #'s 7-11 |
| WELLS FARGO BANK<br>P O BOX 45038<br>MAC Z3057-012<br>JACKSONVILLE, FL  32232-5038 | 163.40 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8206<br>COMM: |
| TOTAL: | $114,778.14 | |

**THE FOREGOING SCHEDULE OF CLAIMS HAS BEEN COMPILED BY THE TRUSTEE FROM THE OFFICIAL CLAIMS REGISTER OF THE BANKRUPTCY COURT. THE TRUSTEE WILL RELY ON THE ABOVE SCHEDULE TO DETERMINE WHAT CLAIMS ARE ALLOWED, AND THEREFORE ELIGIBLE TO RECEIVE FUNDS IN THIS CASE. IF YOU BELIEVE THE INFORMATION STATED ON THIS SCHEDULE REGARDING YOUR CLAIM IS INCORRECT, YOU MAY CONTACT THE TRUSTEE FOR CLARIFICATION.**

Dated: 10/17/2016

                                                  RESPECTFULLY SUBMITTED,
/s/  William E. Heitkamp
William E. Heitkamp
Chapter 13 Trustee
Admissions ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 10/17/2016. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee